```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENE R. SANTOR, <br><br> Plaintiff, <br><br> v. <br><br> JO ANNE B. BARNHART, <br> Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. 02-00349 JL <br><br> STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay SIX THOUSAND DOLLARS ($6,000.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action, and ONE HUNDRED FIFTY SEVEN DOLLARS AND FORTY CENTS ($157.40) in costs. The checks are to be payable to plaintiff's counsel:

HARVEY P. SACKETT  
P.O. BOX 5025  
SAN JOSE, CA 95150-5025  
(408) 295-7755; FAX: 7444

///

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA and costs, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice Act.

3. Payment of the SIX THOUSAND DOLLARS ($6,000.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action, and ONE HUNDRED FIFTY SEVEN DOLLARS AND FORTY CENTS ($157.40) in costs, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA, and/or costs as a result of this court action.

Dated: November 21, 2006
/s/
HARVEY P. SACKETT
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: November 21, 2006    By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 9, 2007

IT IS SO ORDERED
Judge James Larson

SANTOS, EAJA STIP (mw)
C 02-00349 JL

2